# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>J.H. BAXTER & CO., INC., J.H. BAXTER & CO., A CALIFORNIA LIMITED PARTERNSHIP, and GEORGIA BAXTER-KRAUSE,<br><br>Defendants. | Case No. 6:24-cr-00441-MC<br><br>**ORDER TO DEPOSIT FUNDS** |

Upon the unopposed motion of defendants, the Court being advised as to the nature of this case, IT IS HEREBY ORDERED:

1.  The Clerk of the Court is directed to accept defendants' check, made payable to the Clerk, U.S. District Court - Oregon, in the amount of up to $1,500,000, and to deposit these monies into an interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. §§ 2041 and 2045, on behalf of defendants to be held until a further order is issued from this Court concerning defendants pending case.

2.  Pursuant to Standing Order No. 2016-11, a CRIS fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court shall be deducted from the interest earnings on the funds deposited with the Court.

3.  IT IS FURTHER ORDERED that the sum of money so invested in the interest bearing CRIS fund shall remain on deposit until further order of this Court at which time the

PAGE 1 –ORDER TO DEPOSIT FUNDS

funds, together with interest thereon, shall be retrieved by the Clerk and re-deposited into the non-interest bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

4. The Clerk of Court, through the Financial Administrator, has pre-approved the form of this Order pursuant to Local Rule 67-2.

5. The Clerk of the United States District Court for the District of Oregon is absolved of any liability by compliance with this Order.

6. It shall be counsel's responsibility to confirm any action required by the Order to be performed by the Clerk or her designee.

IT IS SO ORDERED this  3rd  day of April, 2025.

                                                              s.Michael J. McShane
                                                              Judge Michael McShane

PRESENTED BY:
ANGELI & CALFO LLC

*s/ Michelle Holman Kerin*
Michelle Holman Kerin, OSB No. 965278
michelle@angelicalfo.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880
*Attorneys for Defendants*

**For Court Use Only:**
APPROVED AS TO FORM:

Melissa Aubin, Clerk of Court

*Renee McDaniel*
By: Financial Administrator

PAGE 2 –ORDER TO DEPOSIT FUNDS